UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00145-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BOBBY FINCH, | ) | |

This matter is before the court on defendant's motion to seal his sentencing memorandum. Because only an exhibit to the memorandum contains confidential identifying information, the motion is ALLOWED IN PART. The Clerk is DIRECTED to maintain under seal only Exhibit D to the sentencing memorandum.

This 4 January 2012.

_____
W. Earl Britt
Senior U.S. District Judge